IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:1:15-CV-22777-DPG/TURNOFF

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
               Plaintiff, )
 )
GREGORIO REYES. )
               Intervenor, )
 )
               v. )
 )
IDEX CORPORATION, )
               Defendant. )
 )
_____)

## CONSENT DECREE

This Consent Decree ("Decree") is made and entered into by and between Plaintiff Equal Employment Opportunity Commission ("EEOC"), and Defendant IDEX Corp. ("IDEX"). EEOC and IDEX are collectively referred to as the "Parties" throughout this Decree.

## INTRODUCTION

1. EEOC commenced this action on July 27, 2015, under the Americans with Disabilities Act, 42 U.S.C. §12101, et seq. ("ADA"), as amended by the Americans with Disabilities Act Amendments Act of 2008 ("ADAAA"), Pub. L. No. 110–325, 122 Stat 3553 (2008) (codified as amended in scattered sections of 42 U.S.C.), and Title I of the Civil Rights Act of 1991, 42 U.S.C. §1981a, to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Charging Party Gregorio Reyes ("Mr. Reyes"). [D.E. # 1.]

1

2. EEOC alleges that IDEX violated the ADA/ADAAA by unlawfully terminating Mr. Reyes from his position as Regional Sales Manager because he was diagnosed with cancer.

3. In the interest of resolving this matter, to avoid further cost of litigation, and as a result of having engaged in comprehensive settlement negotiations, the Parties have agreed that this action should be finally resolved by entry of this Decree. This Decree is final and binding on the Parties, their successors, and assigns.

4. No waiver, modification or amendment of any provision of this Decree will be effective unless made in writing and signed by an authorized representative of each of the Parties. By mutual agreement of the Parties, this Decree may be amended or modified in the interests of justice and fairness in order to effectuate the provisions of this Decree.

5. If one or more of the provisions are rendered unlawful or unenforceable, the Parties shall make good faith efforts to agree upon appropriate amendments to this Decree in order to effectuate the purposes of the Decree. In any event, the remaining provisions will remain in full force and effect unless the purposes of the Decree cannot, despite the Parties' best efforts, be achieved.

6. This Decree fully and finally resolves any and all claims asserted in the Complaint filed by EEOC in this action styled <u>EEOC et al. v. IDEX Corp.</u>, Case No. 1:15-CV-22777-DPG/TURNOFF in the United States District Court, Southern District of Florida, which arose from EEOC Charge No. 510-2012-01910C filed by Charging Party. No party admits the claims or defenses of the other.

7. The Parties acknowledge that this Decree does not resolve any Charges of Discrimination that may be pending with EEOC against IDEX other than those Charges

that arose from the EEOC Charge referenced in Paragraph 6 above. This Decree in no way affects the EEOC's right to bring, process, investigate or litigate other charges that may be in existence or may later arise against IDEX in accordance with standard EEOC procedures.

## **FINDINGS**

8.   Having carefully examined the terms and provisions of this Decree, and based on the pleadings, record, and stipulations of the Parties, the Court finds the following:

   a.   This Court has jurisdiction over the subject matter of this action and the Parties.

   b.   No party shall contest the jurisdiction of this Federal Court to enforce this Decree and its terms or the right of EEOC to bring an enforcement suit upon alleged breach of any term(s) of this Decree.

   c.   The terms of this Decree are adequate, fair, reasonable, equitable, and just. The rights of the Charging Party and the public interest are adequately protected by this Decree.

   d.   This Decree conforms to the Federal Rules of Civil Procedure and the ADA/ADAAA and is not in derogation of the rights or privileges of any person. The entry of this Decree will further the objectives of the ADA/ADAAA and will be in the best interests of Charging Party, IDEX, EEOC and the public.

   e.   The terms of this Decree are and shall be binding upon the present and future representatives, agents, directors, officers, successors and assigns of IDEX.

## IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

### DURATION OF THE DECREE

9. The duration of the Decree shall be in effect for a period of two (2) years, which period commences immediately following the Court's approval of the Decree.

### GENERAL INJUNCTIVE PROVISIONS

10. IDEX shall not discriminate against any person on the basis of disability within the meaning of the ADA/ADAAA.

### MONETARY RELIEF FOR CHARGING PARTY

11. IDEX shall pay Charging Party the total sum of **$380,000.00** in settlement of the claims raised in this action as follows:

| Back Pay [for which an IRS Form W-2 shall issue] | Compensatory and Punitive Damages [for which an IRS Form 1099 shall issue] |
|---|---|
| $90,000.00 [less applicable withholding] | $290,000.00 |

Payment shall be made within twenty-one (21) calendar days following the Court's approval of this Decree. Payment of Back Pay in the amount of $90,000.00 shall be made by check payable to "Gregorio Reyes," and shall be delivered via certified mail to: 2990 SW 35th Avenue Miami, FL 33133. Payment of Compensatory Damages in the amount of $180,000.00 shall be made by check payable to "Gregorio Reyes," and shall be delivered via certified mail to: 2990 SW 35th Avenue Miami, FL 33133. Payment of Compensatory Damages in the amount of $110,000.00 shall be made by check payable to

4

"Disability Independence Group, Inc. Trust Account" delivered via certified mail to: 2990 SW 35th Avenue Miami, FL 33133. Copies of the payments and related documents (including copies of I.R.S. Forms W-2 and I.R.S. Forms 1099) shall be sent to the attention of "EEOC Regional Attorney, Robert E. Weisberg, Re: IDEX Consent Decree," at United States Equal Employment Opportunity Commission, Miami Tower, 100 SE 2nd Street, Suite 1500, Miami, Florida 33131.

12. IDEX and Plaintiff-Intervenor Gregorio Reyes shall enter into a separate settlement agreement to which EEOC shall not be a party.

13. If Charging Party fails to timely receive the payments described in Paragraph 11 above, then IDEX shall pay interest on the defaulted payments at a rate calculated pursuant to 26 U.S.C. §6621(b) until the same is paid, and bear any additional costs incurred by the EEOC caused by the non-compliance or delay, including but not limited to any and all costs arising out of EEOC's efforts to enforce this decree in federal court.

## JOB REFERENCE

14. IDEX agrees to provide Charging Party with a neutral letter of reference in the form of the letter attached hereto as Exhibit A. References should be directed to contact Krista Jackson, IDEX's Human Resources Clerk at 847.498.7070 or kjackson@idexcorp.com.

## REVISION AND DISTRIBUTION OF POLICY AGAINST DISABILITY DISCRIMINATION

15. IDEX must create a disability discrimination policy (the "Policy"), consistent with this Decree to be used with IDEX's U.S.-based employees.

16. The Policy shall include a formal, written procedure for addressing requests for accommodations received from employees.

17. The Policy shall include instructions and best practices for managers to follow in circumstances when he or she is in receipt of a request for accommodations from an employee.

18. The Policy shall include contact information for human resources specialists who will be trained to guide employees and managers through the process of accommodations requests.

19. A copy of the Policy will be provided to the EEOC within ninety (90) calendar days of the Court's approval of this Decree. Thereafter, copies of the Policy will be distributed to each of IDEX's U.S.-based employees and managers within 180 calendar days of the Court's approval of this Decree by posting the Policy on IDEX's intra-company website "idexonline." The posting of the policy on IDEX's intra-company website shall be accompanied by a contemporaneous email to all IDEX's U.S.-based employees and managers with email addresses announcing the new policy and advising each recipient to read the policy on the website.

20. IDEX will maintain an electronic record of the Policy and the email announcement referred to in Paragraph 19.

21. A copy of the Policy shall also be included in any relevant employee handbook or manual maintained by IDEX.

22. New U.S.-based employees and managers will receive a copy of the Policy on or about their first day of employment.

## TRAINING

23. IDEX shall provide its human resources managers with one (1) hour of live training, annually, during the term of this Decree (the "Management Training"). The first

Management Training shall take place by November 1, 2017. The remainder of the Management Training sessions shall take place annually and no later than December 1st of each year throughout the duration of the Decree.

24. The Management Training shall include the following: (1) an explanation of the prohibition against disability discrimination under the ADA/ADAAA; and (2) an explanation of the rights and responsibilities of managers and employees under the ADA/ADAAA and IDEX's Policy.

25. The Management Training shall be conducted by an organization mutually agreed upon with EEOC. IDEX agrees to provide EEOC with at least three (3) weeks notice before conducting training sessions pursuant to this Decree. In the written notice, IDEX shall notify EEOC of the dates on which training is scheduled, the name and job title of the person(s)/organization who will conduct the training, a resume of the person conducting the training, and the name and job title of each person who will attend the training.

26. IDEX agrees to provide EEOC, upon request, with any and all copies of pamphlets, brochures, outlines or other written materials provided to the participants of the training sessions. Additionally, IDEX agrees that the EEOC may, at the EEOC's discretion, attend any training session.

27. Before March 2, 2018, each IDEX manager shall meet with a human resources manager who attended Manager Training (this meeting shall be referred to as "Manager Meeting"), and the human resources manager shall discuss or cover the following subjects with the manager(s): explain the prohibition against disability discrimination under the ADA/ADAAA; explain the rights and responsibilities of managers and

employees under the ADA/ADAAA and IDEX's Policy; address questions manager(s) may have about the Policy; review hypothetical accommodation request scenarios with manager (this last item should be tailored to the business unit or types of employees the manager supervises). IDEX may conduct these Manager Meetings through the use of webinars, "town-hall"-style meetings or a combination of the two.

## DISTRIBUTION OF NOTICE

28. IDEX shall distribute to all U.S.-based employees and managers a copy of the Notice attached as Exhibit B to this Decree as specified in this section.

29. An electronic version of the Notice shall be posted on IDEX's intra-company website "idexonline" beginning no later than ten (10) days after the Court approves this Consent Decree and shall remain posted on "idexonline" for the two (2) year period this Consent Decree is effective.

30. Within ten (10) days from the Court's approval of this Consent Decree, IDEX shall post an eleven (11) inches by fourteen (14) inches laminated copy of the Notice attached as Exhibit B to this Decree at all of IDEX's U.S. facilities in a conspicuous location, easily accessible to and commonly frequented by IDEX's employees (*i.e.* employee bulletin board or lunch room). The Notice shall remain posted for the two (2) year period this Consent Decree is effective. IDEX shall take all reasonable steps to ensure that the posting is not altered, defaced or covered by any other material.

31. At the first reporting period, IDEX shall certify to EEOC in writing that the Notice has been properly physically and electronically posted as described in this section. The report shall include a screen-shot showing the posting as it appears on "idexonline."

## REPORTING

32. IDEX shall furnish to EEOC written Reports once annually for the duration of this Decree. The first report shall be due six (6) months after entry of the Decree and thereafter by June 30 annually. Each such Report shall contain the following provisions, as applicable:

   a. A certification that IDEX conducted all training required in Paragraphs 23-27 above.

   b. A certification that IDEX has made and/or maintained the posting and distributions required in Paragraphs 15-22, 28-31 above.

   c. IDEX shall disclose employees who are laid-off, terminated, or in any way are involuntarily separated from IDEX during the duration of this Decree, and who requested and/or received a medical or health-related accommodation, including ADA accommodations, within six (6) months prior to that employee's lay-off, termination, or involuntarily separation from IDEX. The disclosure shall include: the reason for employee's lay-off, termination, or involuntarily separation from IDEX; last known home addresses, last known home and/or cellular telephone numbers of the employee who was laid-off, terminated, or in any way involuntarily separated from IDEX; and the manager or human resources specialist with information about the employee's accommodation, and the employee's separation from the company.

   d. In the event there are no lay-offs, terminations, or involuntarily separations from IDEX responsive to sub-paragraph c, above,

IDEX shall send the EEOC a "negative" report indicating no activity.

## COMPLIANCE

33. The EEOC may review compliance with this Decree at any time during its duration.

34. If at any time during the duration of this Decree the EEOC believes that IDEX is in violation of paragraphs 9-11, 13, 14, 15-22, 23-27, 28-31, 32 of this Decree, the EEOC may conduct appropriate interviews of IDEX employees. In connection with any such interviews, the EEOC shall provide IDEX with at least five (5) business days' notice of its intent to conduct interviews by notifying Abigail Roche at aroche@idexcorp.com of the upcoming interviews. In addition, EEOC shall cooperate with IDEX on scheduling any employee interview(s) so as to minimize the disruption to IDEX's business operations and the employee(s)' work schedule. IDEX shall have the right to have an attorney or business representative present at the interview of an IDEX employee. Nothing herein shall prevent EEOC from contacting non-manager employees directly, outside of scheduled work hours. After the interviews, the EEOC shall give notice of any alleged violation(s) to IDEX. Thereafter, the parties shall follow the Dispute Resolution Procedure set forth in Paragraph 37-39 below.

35. Any submissions, reports, certifications, notices, or other materials that are required to be submitted to EEOC shall be mailed to the attention of "EEOC Regional Attorney, Robert E. Weisberg, Re: IDEX Settlement," at United States Equal Employment Opportunity Commission, Miami Tower, 100 SE 2nd Street, Suite 1500, Miami, Florida 33131.

## NOTIFICATION OF SUCCESSORS

36. IDEX shall provide prior written notice to any potential purchaser of its business and to any other potential successor of the EEOC's lawsuit, the allegations raised in the EEOC's complaint, and the existence and contents of the Decree.

## DISPUTE RESOLUTION

37. In the event that EEOC believes that IDEX has failed to comply with any provision(s) of the Decree, EEOC will notify IDEX and IDEX must make a good faith attempt to cure any breach of the Decree within fifteen (15) business days of notification. The fifteen (15) business days to cure provision of this Paragraph shall not apply, however, to the payment required by Paragraph 11 above.

38. Following the fifteen (15) business day cure period, and consistent with the ADA/ADAAA, EEOC shall have the right to enforce the Decree and/or remedy any breach in this Court.

39. No party shall contest the Court's jurisdiction to hear a dispute arising from the Decree nor challenge EEOC's ability to bring an action to enforce the terms of the Decree in this Court.

## COSTS

40. Each party to this Decree shall bear its own costs associated with this litigation.

SO ORDERED, ADJUDGED AND DECREED, this 18th day of April, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

11

AGREED TO:

FOR THE PLAINTIFF, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION:

By: _____  Date: 4/6/17
Robert E. Weisberg
U.S. Equal Employment Opportunity Commission
Miami District Office
100 SE 2nd Street, Suite 1500
Miami, Florida 33131
Telephone: (305) 808-1789
Facsimile: (305) 808-1835


FOR THE DEFENDANT, IDEX Corp.

By: _Denise R Cade_  Date: 4-6-2017

Denise R. Cade
Print Name

SVP, General Counsel & Corporate Secretary
Title

## EXHIBIT A

## REFERENCE

**DATE TO BE FILLED IN**

To Whom It May Concern,

This letter is in reference to your request for information regarding the employment of Gregorio Reyes.

Gregorio Reyes served as a Regional Sales Manager for IDEX Corp. from October, 2007 to December, 2011.

Company policy does not permit us to provide any additional information concerning Gregorio Reyes' employment.

I hope this information is helpful and that it satisfactorily answers your inquiry.

Very truly yours,

_____
Krista Jackson
Human Resources Representative
on behalf of IDEX Corp.

## EXHIBIT B

## NOTICE TO ALL IDEX EMPLOYEES

This Notice is being posted pursuant to a Consent Decree entered by the U.S. District Court in <u>EEOC et al. v. IDEX Corp.</u>, Case No. 1:15-CV-22777-DPG. In this case, the Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC"), the federal agency charged with enforcing employment anti-discrimination laws, alleged that IDEX discriminated against former employee, Gregorio Reyes, by terminating him because of his disability. IDEX denied these allegations and denies any wrongdoing. IDEX resolved the lawsuit through a negotiated payment to Mr. Reyes, and agreed to implement appropriate policies and training programs, among other things.

The Americans with Disabilities Act ("ADA"), as amended by the Americans with Disabilities Act Amendments Act of 2008 ("ADAAA"), protects individuals from employment discrimination because of a disability. IDEX will not condone employment discrimination of any kind as set forth in federal anti-discrimination laws, including, but not limited to, disability discrimination. It is the policy of IDEX to offer employment opportunities to all qualified employees and applicants, regardless of sex, race, color, religion, national origin, age, or disability. There will be no intentional discrimination in violation of any federal employment anti-discrimination laws, such as Title VII of the Civil Rights Act of 1964, as amended; the Age Discrimination in Employment Act ("ADEA"), or the Equal Pay Act ("EPA") of 1963, or the Americans with Disabilities Act ("ADA").

IDEX assures its employees that it supports the ADA/ADAAA and will not take any action against an individual based on his or her disability. Appropriate corrective action, up to and including termination, based upon the circumstances involved, shall be taken against any employee (including management personnel) found to have violated IDEX's policy prohibiting disability discrimination.

EEOC enforces the federal laws against discrimination in employment on the basis of disability, race, color, religion, national origin, sex, and age. If you believe you have been discriminated against, you may contact EEOC at 1-800-669-4000. EEOC charges no fees and has employees who speak languages other than English. You may also contact your manager or your local human resource leader.

Any questions about this Notice may be directed to: IDEX Settlement, c/o Regional Attorney, 100 SE 2nd Street, Suite 1500, Miami, Florida 33131.

Date: ___

29471886.1